OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

*ATW*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1M
0004279596
$ 00.26⁵
DEC 18 2014
MAILED FROM ZIP CODE 78701

12/17/2014

LOPEZ, DAVID REY          Tr. Ct. No. 1187087-A          WR-71,831-03

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

DAVID REY LOPEZ



N3B 77002